# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2013

147046

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JEFFERY ANDREW ATWOOD,
     Defendant-Appellant.

SC: 147046
COA: 313341
Muskegon CC: 11-060476-FC
                11-060478-FH

_____/

     On order of the Court, the application for leave to appeal the March 12, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2013



Clerk

t0923